UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
) DOCKET NO. 3:03M99
)
) **ORDER TO PARTIALLY**
SEARCH WARRANT ) **UNSEAL SEARCH WARRANT**
) **AND AFFIDAVIT**
)
_____)

This matter is before the Court upon motion of the United States to partially unseal a certain Search Warrant and Affidavit so that the public's right to know the information contained may be served.

Upon consideration of the Government's Motion and for good cause shown, this Court orders the partial unsealing of the Search Warrant and the Application and Affidavit 3:03M99 in the above-captioned case. The Government in its Motion submits that portions of the Search Warrant and Affidavit should remain sealed because they contain names and personal information related to uncharged third parties and personal and financial identification information. The enclosed redacted copy of the Search Warrant and the Application and Affidavit will serve as the unsealed version of these documents and the redacted information will remain under seal.

This is the 23rd day of September, 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE COURT